**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Charles Olusheyi OGUNNOWO,
Defendant—Appellant.**

No. 04–50120.

D.C. No. CR–03–01022–JFW–2.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 25, 2004.

Antoine F. Raphael, Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, Plaintiff–Appellee.

Anthony E. Alexander, Esq., Los Angeles, CA, for Defendant–Appellant.

Before KLEINFELD, TASHIMA and GOULD, Circuit Judges.

### MEMORANDUM **

Charles Olusheyi Ogunnowo appeals his guilty plea conviction and 24–month sentence imposed for conspiracy and fraudulent use of an unauthorized access device, in violation of 18 U.S.C. §§ 1029(a)(2), (b), and (c)(1)(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ogunnowo has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ogunnowo has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.